**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CARLTON CABRAL,**
on behalf of himself and those similarly
situated to him

-vs-                                                                                            Case No.  2:06-cv-133-FtM-34DNF

**STORMSHIELD PROTECTION**
**CORPORATION,  a Florida corporation,**
**and FLOYD O. WILDER, III, individually**

                            **Defendant.**
_____

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On April 4, 2007, the Court entered an Order (Doc. 50) which allowed counsel for the Defendants, Stormshield Protection Corporation and Floyd O. Wilder, III to withdraw from this action. The Court allowed Mr. Wilder to proceed without the benefit of counsel unless or until he retains counsel. The Court cautioned Stormshield Protection Corporation that pursuant to Local Rul 2.03(e), a corporation may appear through counsel only, and therefore, the Court allowed Stormshield Protection Corporation thirty (30) days from the date of the Order to obtain counsel. The Court also cautioned Stormshield Protection Corporation "[f]ailure to obtain counsel may cause the Court to recommend that a default be entered against Stormshield Protection Corporation." (Doc. 50, p. 2).

Pursuant to 28 U.S.C. §1654, a party may appear and conduct their own cases personally. However, a lay person is not permitted to represent any other person or entity. *United States of America v. Blake Medical Center*, 2003 WL 21004734, *1 (M.D. Fla. 2003). Upon review of the electronic docket, the Court notes that no notice of appearance has been filed by counsel for Stormshield Protection Corporation.

Therefore, it is respectfully recommended that a default be entered against Stormshield Protection Corporation for failure to comply with Local Rule 2.03(e), and failure to comply with this Court's Order (Doc. 50) entered on April 4, 2007.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __14th__ day of May, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record