**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CARLTON CABRAL,
on behalf of himself and those similarly
situated to him,

                        Petitioner,

vs.                                          Case No.  2:06-cv-133-FtM-34DNF

STORMSHIELD PROTECTION
CORPORATION, a Florida corporation,
and FLOYD O. WILDER, III, individually,

                        Respondent.
_____/

## ORDER

This cause is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 54, Report), entered on May 14, 2007. In the Report, Magistrate Judge Frazier recommended that a default be entered against Defendant Stormshield Protection Corporation for its failure to comply with Local Rule 2.03(e) and this Court's Order (Dkt. No. 50) entered on April 4, 2007. See Report at 2. A review of the record reveals that Defendant Stormshield Protection Corporation did not file objections to the Report within ten days of its filing or the date of the instant Order.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de

novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).  Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court will accept and adopt the Report of the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 54) is **ADOPTED** as the opinion of the Court.

2. The Clerk of the Court is directed to enter a default against Defendant Stormshield Protection Corporation, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers this 13th day of June, 2007.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Counsel of Record

Pro Se Parties